# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**ALLOYS INTERNATIONAL, INC.,**

   Plaintiff,

-vs-

   CASE NO. 1:10-cv-293

   Judge Timothy S. Black

**AERONCA, INC.,**

   Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

**[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that it is the judgment of the Court that Plaintiff Alloys International, Inc. is entitled to damages in the amounts of: (a) $205,390.00 in contract price damages for the finished materials, plus prejudgment interest accruing from December 8, 2008 through June 15, 2012, minus $220,243.79; (b) $101,464 in lost profits for the unfinished material; (c) Prejudgment interest accruing from December 8, 2008 to the date of this order on the $101,464 in lost profits; that interest shall accrue at the statutory rate as provided in Ohio Rev. Code §1343.03 (2012).

Date: August 21, 2012                                              **JAMES BONINI, CLERK**

                                                                                           By: *s/ M. Rogers*
                                                                                             Deputy Clerk